# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZZMIN RENEE KELLY, an individual;<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 10,<br><br>　　　　　　　　Defendants. | Case No.: 2:23-cv-778-CKD<br><br>**ORDER RE: STIPULATION TO CONTINUE PRETRIAL DATES**<br><br>Pursuant to F.R.C.P. 16(b) and L.R. 143<br><br>Action Filed: April 25, 2023<br>Trial Date: Not Set |

Pursuant to the Stipulation of the parties, and good cause being shown thereby, it is hereby ORDERED that:

1. Non-Expert Discovery Cut-Off is set for July 1, 2024;
2. Plaintiff's Expert Disclosure is set for August 1, 2024;
3. Defendant's Expert Disclosure is set for September 6, 2024;
4. Rebuttal Expert Disclosure is set for September 23, 2024;
5. Expert Discovery Cut-Off is set for December 6, 2024;
6. Last Date to Hear Motions is set for February 19, 2025.

**IT IS SO ORDERED.**

Dated:  March 22, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21, kell.778